(June 29, 1953.)

■

CHARLES A. A'HEARN, Respondent, v. SERVOMECHANISMS, INC., Appellant. (Appeal No. 1.) CHARLES A. A'HEARN, Respondent, v. SERVOMECHANISMS, INC., Appellant. (Appeal No. 2.) — Motions for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See 281 App. Div. 974, 975, 1036.]

■

EHAG EISENBAHNWERTE HOLDING AKTIENGESELLSCHAFT, Appellant, v. BANCA NATIONALA A ROMANIEI, Respondent.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Special Term, entered September 17, 1952, vacating the warrant of attachment, properly made? Stay granted in accordance with the stipulation of the parties, dated June 4, 1953. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante,* p. 697.]

■

THEODORE HEOS, an Infant, by PETER HEOS, His Guardian ad Litem, et al., Appellants, v. IRVING LADNER, Doing Business as HIGHWAY AUTO RENTING COMPANY, Respondent, et al., Defendants.— Motion referred to the court that rendered the decision of June 8, 1953 (*ante,* p. 707). Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion to relieve appellants from the withdrawal of question of the power of the Special Term to refer motion to an Official Referee to hear and determine and for other relief denied, without costs. Motion for reargument denied, without costs. Motion to dispense with printing of record and brief granted. The appellants may prosecute the appeal on a typewritten brief, on the printed papers already on file in this court and on typewritten copies of the additional papers. Appellants are directed to file two typewritten copies of the additional papers and five typewritten copies of their brief and to serve one copy of such record and brief on the attorney for the respondent. Present — Nolan, P. J., Adel, MacCrate and Beldock, JJ.; Carswell, J., not voting. [See 283 App. Div. 670.]

■

THEODORE HEOS, Appellant, et al., Plaintiffs, v. IRVING LADNER, Doing Business as HIGHWAY AUTO RENTING COMPANY, et al., Respondents, et al., Defendants.— Motion for reargument of appeal decided May 26, 1952 (279 App. Div. 1095), denied, without costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

LERA REALTY CO., INC., Appellant, v. ECKHARDT-BERMAN CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Motion for stay denied, without costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante,* p. 708.]

■

JOSEPH MCLEAN, Respondent, v. KRASDALE FOODS, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.